FILED
OCT 19 2010

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:10cr191-MEF |
| v. | ) | [18 USC 922(g)(1)] |
| | ) | |
| CEDRIQUEZ McCAA | ) | INDICTMENT |
| a/k/a Cedriquez McCall | ) | |

The Grand Jury charges:

## COUNT 1

On or about May 24, 2010, in Montgomery County, within the Middle District of Alabama,

CEDRIQUEZ McCAA,
a/k/a Cedriquez McCall,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, felonies punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| Conviction Date | Court | Case Number | Offense |
|---|---|---|---|
| March 7, 2003 | Circuit Court of Montgomery County, Alabama | CC-2002-1284 | Robbery I (3 counts) |
| March 7, 2003 | Circuit Court of Montgomery County, Alabama | CC-2003-79 | Robbery I |
| March 7, 2003 | Circuit Court of Montgomery County, Alabama | CC-2002-1423 | Burglary III and Theft of Property I |
| March 11, 2003 | Circuit Court of Montgomery County, Alabama | CC-2002-1167 | Theft of Property I and Discharge of a Firearm into an Occupied Building |

did knowingly possess, in and affecting commerce, a firearm: a Heckler & Koch, USP, .45 caliber, semi-automatic pistol, a better description of which is unknown to the Grand Jury, in violation of Title 18, United States Code, Sections 922(g)(1), 924(e).

### FORFEITURE ALLEGATION

A.      The allegations contained in Count 1 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

B.      Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 1 of this indictment, the defendant,

> CEDRIQUEZ McCAA,
> a/k/a Cedriquez McCall,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, a Heckler & Koch, USP, .45 caliber, semi-automatic pistol.

C.      If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third party;

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Tommie Brown Hardwick
Assistant United States Attorney

_____
Monica A. Stump
Assistant United States Attorney