IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr191-MHT |
| | ) | (WO) |
| CEDRIQUEZ McCAA | ) | |

ORDER

It is ORDERED that defendant Cedriquez McCaa's motion for a "mandamus" order transferring his custody from the Bureau of Prisons to the Middle District of Alabama (doc. no. 73) is denied.

Defendant McCaa asks the court to transfer him from the prison where he is housed to the Middle District of Alabama--presumably to a jail in this district--because of the prevalence of COVID-19 at his prison and the Bureau of Prisons' failure to prevent its spread. However, the court does not have legal authority to transfer McCaa's custody to the Middle District of Alabama for those reasons.

DONE, this the 19th day of January, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE