IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:10cr191-MHT** |
| | ) | **(WO)** |
| **CEDRIQUEZ McCAA** | ) | |

### ORDER

It is ORDERED that defendant Cedriquez McCaa's application for permission to file a successive 28 U.S.C. § 2255 motion (Doc. 76) is denied. This court does not have jurisdiction to rule on such a motion, which must be filed with the Eleventh Circuit Court of Appeals.

It is further ORDERED that, to the extent defendant McCaa's filing (Doc. 76) is construed as a motion to withdraw his guilty plea, it is denied as untimely. *See* Fed. R. Crim. P. 11(e).

DONE, this the 22nd day of February, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**