IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr191-MHT |
| | ) | (WO) |
| **CEDRIQUEZ McCAA** | ) | |

ORDER

This case is before the court on defendant Cedriquez McCaa's motion to supplement (Doc. 102) his motion for a "writ of mandamus" (Doc. 100). The court previously denied the motion for a "writ of mandamus." *See* Order (Doc. 101). As a result, McCaa's motion to supplement the earlier motion is moot. Nevertheless, the court has considered whether the information and arguments contained in the motion to supplement would have changed the court's earlier decision to deny the motion for a "writ of mandamus." The court concludes that the motion to supplement would not have changed the court's decision.

Accordingly, it is ORDERED that defendant Cedriquez McCaa's motion to supplement (Doc. 102) is denied as moot.

DONE, this the 30th day of November, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE