**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:10cr191-MHT** |
| | ) | **(WO)** |
| **CEDRIQUEZ McCAA** | ) | |

**ORDER**

Having considered defendant Cedriquez McCaa's motions for the court to intervene in the decisions of the Bureau of Prisons regarding his placement at certain facilities or units and other issues, and the government's response to the motions, it is ORDERED that the motions (Doc. 116, Doc. 117, and Doc. 119) are denied.

DONE, this the 6th day of March, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**