**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:10cr191-MHT** |
| ) | **(WO)** |
| **CEDRIQUEZ McCAA** ) | |

**ORDER**

It is ORDERED that defendant Cedriquez McCaa's "motion to intervene," etc. (Doc. 127), is denied. While it is difficult to understand the motion, it appears that defendant McCaa wants the court to intervene with regard to his treatment while in BOP custody. The court is without authority to do that in this criminal case.

DONE, this the 19th day of April, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**