IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:10cr191-MHT
                            )           (WO)
CEDRIQUEZ McCAA             )
```

ORDER

This case is before the court on defendant Cedriquez McCaa's motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i) and his included motion to appoint counsel, filed on July 31, 2023.  McCaa seeks relief under 18 U.S.C. § 3582(c)(1)(A), which provides, in relevant part:

> "[T]he court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that—

> (i) extraordinary and compelling reasons
> warrant such a reduction; ...

> and that such a reduction is consistent with
> applicable policy statements issued by the
> Sentencing Commission."

18 U.S.C. § 3582(c)(1)(A) (emphasis added).

In his motion, McCaa indicates that he did not make a request for compassionate release to the warden of his facility prior to filing his motion. He claims that he did not need do so because under the revised 18 U.S.C. § 3582, he can proceed directly to federal court. This is not correct. The revised § 3582, which is quoted above, allows a prisoner to file a request for compassionate release in federal court only after filing a request for compassionate release with the Bureau of Prisons and fully exhausting all appeals or waiting 30 days from the date of filing. As McCaa has not exhausted his administrative remedies as directed by 18 U.S.C. § 3582, his motion must be denied.

2

**\*\*\***

Accordingly, it is ORDERED that:

(1) Defendant Cedriquez McCaa's motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. 129) is denied.

(2) Defendant McCaa's motion for appointment of counsel (Doc. 129) is denied as moot.

DONE, this the 17th day of August, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE