**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:10cr191-MHT** |
| | ) | **(WO)** |
| **CEDRIQUEZ McCAA** | ) | |

**OPINION**

Amendment 821 to the 2023 edition of the Sentencing Guidelines revised the guidelines applicable to the calculation of criminal history with respect to offenders who earned status points based on the commission of an offense while serving a criminal-justice sentence, and to the calculation of offense level for offenders who had zero criminal-history points at the time of sentencing. Following the United States Sentencing Commission's decision to give retroactive effect to these changes, this court established an Amendment 821 Screening Panel, consisting of representatives of the court, the office of the United States Attorney, the United States Probation Office, the Federal Defenders, and the

clerk's office, to determine whether a defendant might be eligible for a reduction of sentence.

Defendant Cedriquez McCaa filed a motion for a sentence reduction (Doc. 131) based on Amendment 821's change to the calculation of criminal history. The court referred the motion to the Panel.

Upon consideration of the recommendation of the Amendment 821 Screening Panel, entered January 30, 2024, and after an independent and de novo review of the record, the court adopts the recommendation of the Panel and finds that defendant McCaa is not eligible to receive a reduction in sentence under Amendment 821 for the following reasons. Because the change in his total criminal history points resulting from Amendment 821—from 14 down to 13 points—does not change his criminal-history category, the Amendment does not change his guidelines imprisonment range. A reduction in a term of imprisonment under 18 U.S.C. § 3582(c)(2) is not authorized where an amendment to the guidelines

"does not have the effect of lowering the defendant's applicable guideline range." U.S. Sentencing Guidelines §1B1.10(a)(2)(B).

An appropriate order denying defendant McCaa's motion will be entered.

DONE, this the 30th day of January, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE