Case 2:10-cr-00191-MHT-SRW   Document 138   Filed 01/30/24   Page 1 of 2

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>CEDRIQUEZ McCAA<br><br>Date of Original Judgment: 11/18/2011<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 2:10cr191-01-MHT<br>)  USM No: 13353-002<br>)<br>)  Aylia McKee<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion (Doc. 131) is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant's total criminal history score was determined to be 14 (CHC VI). A reduction of one status point under Part A of Amendment 821 results in an amended total criminal history score of 13 (CHV VI). Pursuant to U.S.S.G. § 1B1.10(a)(2)(B), a reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c)(2) if the amendment does not have the effect of lowering the defendant's applicable guideline range.

Except as otherwise provided, all provisions of the judgment dated   11/18/2011   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/30/2024                           /s/ Myron H. Thompson
                                                    *Judge's signature*

Effective Date: _____                MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
*(if different from order date)*                   *Printed name and title*

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: CEDRIQUEZ McCAA
CASE NUMBER: 2:10cr191-01-MHT
DISTRICT: Middle District of Alabama

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: 30          Amended Total Offense Level: no change
Criminal History Category: IV             Criminal History Category:
Previous Guideline Range: 180 to 210 months    Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a)** *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*