**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:10cr191-MHT** |
| | ) | **(WO)** |
| **CEDRIQUEZ McCAA** | ) | |

**ORDER**

Is it ORDERED that:

(1) Defendant Cedriquez McCaa's motion for a certificate of appealability (Doc. 139) is denied as unnecessary. A certificate of appealability is necessary only to appeal a final order denying relief in a habeas-corpus proceeding or a proceeding under 28 U.S.C. § 2255. *See* 28 U.S.C. § 2253(c).

(2) Defendant McCaa's motion to appoint counsel for appeal (Doc. 139) is denied. Should the appeals court see a need for counsel on appeal, it will appoint counsel for the defendant.

DONE, this the 21st day of February, 2024.

                                          **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**